IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40373
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SERGIO VALLIN-SANCHEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CR-62
- - - - - - - - - -
Decmeber 9, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Sergio Vallin-Sanchez has filed

a motion to withdraw and a brief as required by Anders v.

California, 386 U.S. 738, 744 (1967).  We have independently

reviewed counsel's brief and the record and have found no

nonfrivolous issue.  Accordingly, counsel is excused from further

responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH

CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.